# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1263
Lower Tribunal Nos. 2010-CF-004236 and 2011-CF-000044

_____

KALA MITCHELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
John D.W. Beamer, Judge.

August 4, 2026

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and PRATT, JJ., concur.


Kala Mitchell, Florida City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED